# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129202
129203

TOWNSHIP OF CHESTONIA,
   Plaintiff-Appellee,

v

              SC: 129202
              COA: 250933
              Antrim CC: 03-007911-CZ

TOWNSHIP OF STAR,
   Defendant-Appellant.
_____/

STEPHEN ORDWAY, et al,
   Plaintiffs-Appellees,

v

              SC: 129203
              COA: 255509
              Antrim CC: 03-007967-AW

TOWNSHIP OF STAR, ARLEN TURNER,
MARILYN RYPKOWSKI, KAY RINGLE,
and CECILE WOODWARD,
   Defendants-Appellants.
_____/

   On order of the Court, the application for leave to appeal the May 17, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006                      _____

d0123                           Clerk